**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

v.     Criminal Case No. 13-50055-001

**LUIS OSORIO-ALVARADO**                                      **DEFENDANT**

**O R D E R**

Now on this 10th day of May, 2013, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #13) in this matter, to which all parties have waived objections, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's plea of guilty is accepted, and the written Plea Agreement in this case is tentatively approved, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**